### GERARD DEWARD
#### v.
#### FRANK WISE and GLADYS WISE, Appellants
## No. 15,537
### United States Court of Appeals
Third Circuit
### Argued November 16, 1965
### Decided January 17, 1966
*See, also, 354 F.2d 659*

George H. T. Dudley, Esq. (Dudley, Hoffman & Grunert), Charlotte Amalie, St. Thomas, Virgin Islands, *for appellants*

Thomas D. Ireland, Esq. (Maas & Ireland), Charlotte Amalie, St. Thomas, Virgin Islands, *for appellee*

Before KALODNER, *Chief Judge* and McLAUGHLIN and SMITH, *Circuit Judges*

### OPINION OF THE COURT

PER CURIAM.

On review of the record we find no error. The judgment of the District Court will be affirmed.